**U.S. District Court for the Northern District of Illinois**
**Attorney Appearance Form**

Case Title: G. et al v. Health Care Service Corporation et al   Case Number: 1:25-cv-02894

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs Neil G., and L.G.

Attorney name (type or print):  Brian S. King

Firm:    Brian S. King P.C.

Street address:     420 E South Temple St, Ste 420

City/State/Zip:    Salt Lake City, UT 84111

Bar ID Number:  4610     Telephone Number:   801-532-1739
(See item 3 in instructions)

Email Address: brian@briansking.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.   ☐ Retained Counsel
                                                 ☐ Appointed Counsel
                                                 If appointed counsel, are you a
                                                 ☐ Federal Defender
                                                 ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/20/25

Attorney signature:    /s/ Brian S. King
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023